IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GALIK,

      Plaintiff,　　　　　　　　No. CIV S-09-0152 EFB P

   vs.

A. NAMGALAMA, et al.,

      Defendants.　　　　　　　ORDER
_____/

     Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983. He also has submitted $150 to the Clerk of the Court.

     To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Prisoners challenging the conditions of their confinement who obtain leave to proceed *in forma pauperis* must pay the entire filing fee. *See* 28 U.S.C. § 1915(b). However, they may pay it in increments by having payments deducted from their prison trust accounts and sent directly to the Clerk of the Court. *Id.* Accordingly, to pursue this action, plaintiff must either submit the entire balance of the fee or submit an application for leave to proceed *in forma pauperis*.

////

1  Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2  the balance of the filing fee he owes to this court, or an application for leave to proceed *in forma*
3  *pauperis*.  In order for the application to be deemed complete, plaintiff must either have prison
4  officials complete the certificate portion of the form or send the court a certified copy of his
5  prison trust account activity for the six months immediately proceeding the filing of the
6  complaint.  The Clerk of the Court is directed to mail to plaintiff a form application for leave to
7  proceed *in forma pauperis*.  Failure to comply with this order may result in this action being
8  dismissed.

9  So ordered.

10  Dated: July 22, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE