1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN GALIK,

11                  Plaintiff,                         No. 2:09-cv-0152 KJN P

12   vs.

13   A. NAMGALAMA, et al.,                             ORDER FOR PAYMENT

14                  Defendants.                        OF INMATE FILING FEE

15   _____/

16   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18          Plaintiff, a state prisoner proceeding without counsel and *in forma pauperis*, is

19   obligated to pay the remaining statutory filing fee of $200.00 for this action, as plaintiff

20   previously paid $150.00 on January 16, 2009.  Plaintiff is assessed an initial partial filing fee of

21   20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

22   average monthly balance in plaintiff's account for the 6-month period immediately preceding the

23   filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

24   plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

25   preceding month's income credited to plaintiff's trust account.  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial

1   filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

2   the account exceeds $10.00, until the remaining statutory filing fee of $200.00 is paid in full.  28

3   U.S.C. § 1915(b)(2).

    Good cause appearing therefore, IT IS HEREBY ORDERED that:

5       1.  The Director of the California Department of Corrections and Rehabilitation or

6   a designee shall collect from plaintiff's prison trust account an initial partial filing fee in

7   accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

8   forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

9   name and number assigned to this action.

10      2.  Thereafter, the Director of the California Department of Corrections and

11  Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

12  from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

13  month's income credited to the prisoner's trust account and forwarding payments to the Clerk of

14  the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.

15  § 1915(b)(2), until the remaining $200.00 filing fee for this action has been paid in full.  The

16  payments shall be clearly identified by the name and number assigned to this action.

17      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

18  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

19  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

20      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

21  Department of the court.

22  DATED:  February 12, 2010

23

            /s/ Kendall J. Newman
24             KENDALL J. NEWMAN
           UNITED STATES MAGISTRATE JUDGE
25

26  galk0152.cdc