IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GALIK,

      Plaintiff,                    No. 2:09-0152 KJN P

   vs.

A. NAMGALAMA, et al.

      Defendants.            <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to jurisdiction of the undersigned.  Dkt. No. 5.

        By order filed April 23, 2010, plaintiff's amended complaint was dismissed and twenty-eight days leave to file a second amended complaint was granted.  The twenty-eight day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: June 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gal152.fta