IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GALIK,

      Plaintiff,                      No. 2: 09-cv-0152 KJN P

      vs.

A. NANGALAMA, et al.,

      Defendants.             ORDER

_____/

      On June 1, 2011, defendants Nangalama and Duc filed a motion to dismiss and/or in the alternative motion for summary judgment. On September 9, 2011, the undersigned ordered plaintiff to file his opposition within thirty days. On September 9, 2011, plaintiff filed a pleading stating that his copy of defendants' motion has been destroyed. Plaintiff requests that he be provided with another copy of defendants' motion.

      In order to promote the expeditious resolution of this action, defendants are directed to re-serve plaintiff with their motion to dismiss/summary judgment motion.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Within seven days of the date of this order, defendants shall re-serve plaintiff with their motion to dismiss/summary judgment motion; defendants shall file proof of re-service within that time;

1    2. Plaintiff's opposition to defendants' motion is due within twenty-eight days of
2 the date of this order.
3 DATED: September 16, 2011

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

7 gal152.cop