IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GALIK,

    Plaintiff,                      No. 2: 09-cv-0152 WBS KJN P

    vs.

A. NANGALAMA, et al.,

    Defendants.               ORDER

_____/

On September 7, 2011, defendants filed a request for clarification of the scheduling order. The scheduling order states that all pre-trial motions, except motions to compel, are due on or before September 30, 2011. Defendants state that they are unclear as to what the court meant by "pre-trial motions." Defendants state that "pre-trial" motions could conceivably refer to motions in limine.

Defendants are informed that the pre-trial motion deadline does not apply to motions customarily filed before trial, such as motions in limine.

Accordingly, IT IS HEREBY ORDERED that defendants' September 7, 2011 request for clarification is resolved.

DATED: October 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gal152.cla

1