IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GALIK,

     Plaintiff,                    No. 2: 09-cv-0152 WBS KJN P

    vs.

A. NANGALAMA, et al.,

     Defendants.         <u>ORDER</u>

_____/

        On October 14, 2011, the undersigned issued findings and recommendations addressing defendants' summary judgment motion. On November 1, 2011, defendants filed objections. On November 30, 2011, plaintiff filed a letter stating that he did not receive the findings and recommendations. Plaintiff states that he became aware of the findings and recommendations only after receiving defendants' objections.

////
////
////
////
////
////

1

1         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to re-serve plaintiff with the October 14, 2011 findings and recommendations; plaintiff may file objections to the findings and recommendations and a response to defendants' objections within twenty-one days of the date of this order; defendants' may file a reply to plaintiff's objections within fourteen days thereafter.

DATED: December 2, 2011

                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

gal152.ser