IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN GALIK,

        Plaintiff,                      No. 2: 09-0152 WBS KJN P

    vs.

A. NANGALAMA, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2012, the Honorable William B. Shubb adopted the findings and recommendations filed October 14, 2011. On February 13, 2012, defendants filed a motion for leave to file a second motion to dismiss.

        On February 27, 2012, plaintiff filed a motion to stay proceedings on grounds that he did not receive the order filed February 7, 2012.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to re-serve plaintiff with the order filed February 7, 2012 (Dkt. No. 61);

        2. Plaintiff is granted twenty-one days from the date of this order to file a response to defendants' February 13, 2012 motion for leave to file a second motion to dismiss;

1

3. Plaintiff's motion to stay proceedings (Dkt. No. 63) is denied as unnecessary.

DATED: February 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gal152.ord